FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 04, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| YAKIMA VALLEY COMMUNITY FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>HEALTH MANAGEMENT ASSOCIATES, LLC, et al.<br>Defendants. | No.   1:16-cv-3086-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL** |

Before the Court, without oral argument, is the parties' Stipulated Motion for Dismissal with prejudice, ECF No. 9.  The parties move for dismissal of this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Having reviewed the files and records herein, the Court finds good cause to grant the motion.

**IT IS HEREBY ORDERED**:

   **1.**   The parties Stipulated Motion for Dismissal with Prejudice, **ECF No. 9**, is **GRANTED.**

ORDER **-** 1

**2.**    All parties to bear their own costs and attorneys' fees.

**3.**    All pending motions are **DENIED AS MOOT.**

**4.**    All hearings and other deadlines are **STRICKEN.**

**5.**    The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 4th day of August 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge